**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jamie CARILLO–LUCAS, a.k.a. Ijinio
Carillo–Lucas, a.k.a. Julio C. Galda-
mez–Chanona, Defendant–Appellant.**

**No. 13–13819
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 3, 2014.

Kathleen Mary Salyer, Emily M. Sma-
chetti, Wifredo A. Ferrer, U.S. Attorney's
Office, Miami, FL, Aurora Fagan, U.S.
Attorney's Office, West Palm Beach, FL,
for Plaintiff–Appellee.

Peter Vincent Birch, Federal Public De-
fender's Office, West Palm Beach, FL, Mi-
chael Caruso, Federal Public Defender,
Federal Public Defender's Office, Miami,
FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and
ANDERSON, Circuit Judges.

PER CURIAM:

Jamie Carillo–Lucas was convicted on a
plea of guilty to the offense of reentry
after deportation, in violation of 8 U.S.C.
§ 1326(a), (b)(2), and the District Court
sentenced him to prison for a term of 27
months. He appeals his sentence, arguing
that the court unconstitutionally enhanced
his sentence based on a prior conviction
that was neither alleged in the indictment
nor proved to a jury beyond a reasonable
doubt. He concedes that the Supreme
Court has decided—and that this court has
adhered to its decision—that a prior con-
viction need not be alleged in the indict-
ment for the court to impose an enhanced
sentence. He raises the issue to preserve
it for further review in light of *Alleyne v.
United States,* 570 U.S. ——, 133 S.Ct.
2151, 186 L.Ed.2d 314 (2013).

In that Carillo–Lucas properly concedes
that precedent forecloses his argument, his
sentence is

AFFIRMED.